IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH P. SHELTON,** | Case No. C 10-01100 PJH (PR) |
| Petitioner, | [~~PROPOSED~~] ORDER |
| v. | |
| **JOHN C. MARSHALL, Warden ,** | |
| Respondents. | |

GOOD CAUSE appearing, it is hereby ordered that the time within which to file respondent's answer be extended 60 days to and including September 12, 2011. Petitioner's traverse, if any, shall be filed and served within 30 days of service of respondent's response.

Dated: July 8, 2011

_____
The Honorable Phyllis J. Hamilton

IT IS SO ORDERED
Judge Phyllis J. Hamilton

1

[Proposed] Order (C 10-01100 PJH (PR))