UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JOSEPH P. SHELTON,

    Petitioner,

vs.

JOHN C. MARSHALL, Warden,

    Respondent.
_____/

No. C 10-01100 PJH

**ORDER GRANTING LEAVE TO FILE MOTION FOR RECONSIDERATION; SETTING BRIEFING SCHEDULE**

On March 15, 2012, the court denied respondent's motion to dismiss this habeas case on various grounds. On April 3, 2012, respondent filed a "motion to alter or amend" the order under Federal Rule of Civil Procedure 59(e). Because there has been no judgment in this case, respondent's instant motion is actually one for reconsideration of an interlocutory order and requires leave of the court pursuant to Civil L.R. 7-9(a), which this court will grant. Petitioner's opposition to the motion is due no later than **Wednesday, April 18, 2012.** Respondent's reply is due **Wednesday, April 25, 2012.**

The motion will be decided on the papers.

**IT IS SO ORDERED.**

Dated: April 4, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge